**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6955**

———————

STEVEN RIGGS, II,

Petitioner - Appellant,

versus

CHARLES T. FELTS, Warden, FCI Beckley,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.   Thomas E. Johnston,
District Judge.  (5:06-cv-00687)

———————

Submitted:  November 19, 2007        Decided:  December 6, 2007

———————

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Steven Riggs, II, Appellant Pro Se. Kelly Rixner Curry, Assistant
United States Attorney, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Riggs, II, a former federal inmate, seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. Because Riggs' petition challenged the calculation of his sentence imposed upon revocation of his supervised release and he has now been released from federal custody, we conclude this appeal is moot. Accordingly, we dismiss the appeal for that reason. We also deny Riggs' motion to expedite his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED